Argued and submitted July 31, affirmed September 10, 2003

## STATE OF OREGON,
*Respondent,*

*v.*

## NICHOLE NADINE PENNY-RAFAEL,
*Appellant.*

00C-48259; A116179

75 P3d 908

Susan F. Drake, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Brown v. Zenon*, 133 Or App 291, 891 P2d 666 (1995); *State v. Porter*, 29 Or App 67, 562 P2d 566, *rev den*, 278 Or 621 (1977).